

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

DEVIN M. GILLIS

Case No. 2:19mj390
Court Date: July 12, 2019

CRIMINAL INFORMATION

(Misdemeanor)-Violation Notice No. 8044627

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 5, 2019, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, DEVIN M. GILLIS, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-266.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_/s/ J. Cole_
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
James.Cole@usdoj.gov

9 July 2019
Date